```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 45483
    SERGIO GUTIERREZ
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

            Debtor
    SSN XXX-XX-8531


-----------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/07/05 and confirmed on 12/27/05.

    2.  The case was converted to Chapter 7 after confirmation, 09/09/2008.

    3.  The Debtor paid a total of $  26340.00 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED              175.00       25.46          59.26
CENTRIX FINANCIAL         SECURED            21378.00     4178.06        7244.74
CITIMORTGAGE              CURRENT MORTG          .00         .00            .00
CITIMORTGAGE              MORTGAGE ARRE      8598.05         .00         3676.90
RESURGENT CAPITAL SERVIC  SECURED            13200.00     1905.54        4768.69
ROUNDUP FUNDING LLC       UNSECURED           2585.01         .00            .00
COMED                     UNSECURED         NOT FILED         .00            .00
NICOR GAS                 UNSECURED           1276.82         .00            .00
ONE IRON VENTURES         UNSECURED         NOT FILED         .00            .00
CENTRIX FINANCIAL         UNSECURED           3706.74         .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED           8075.75         .00            .00
AMERICAN GENERAL FINANCE  UNSECURED           1913.59         .00            .00
FOX VALLEY LEGAL GROUP    ADMINISTRATIV         75.00         .00           75.00
         Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   43351.05     75.00    17557.91         .00       60983.96
PRINCIPAL PAID       15749.59     75.00         .00         .00       15824.59
INTEREST PAID         6109.06       .00         .00         .00        6109.06
TOTAL PAID           21858.65     75.00         .00         .00       21933.65
The Debtor's attorney, FOX VALLEY LEGAL GROUP          , was allowed $  3227.41
 and was paid $    3227.41 .

The Trustee received $    1178.94 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 12/17/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```